UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DONTE LYNN BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SWITTHER, et al.,<br><br>Defendants. | Case No. 21-07394 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __November 17, 2021__

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge